■ In the Matter of the Arbitration between LEON KAPLAN and CONTINENTAL TIME CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $20 costs. (*Matter of Baar & Beards* [*Oleg Cassini, Inc.*], 30 N Y 2d 649.) Concur — Nunez, J. P., Kupferman, Murphy, Steuer and Tilzer, JJ.

■ In the Matter of JOHN N. GRIGGS, JR., an Attorney.— Motion for reinstatement denied, without prejudice to renew upon additional papers, including an affidavit from respondent's employer. Concur — Markewich, J. P., Kupferman, Murphy, Steuer and Tilzer, JJ.

## (July 9, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BROWN, Appellant.— Appeal from judgment of the Supreme Court, Bronx County, rendered on April 24, 1972, unanimously dismissed as moot, the trial court having vacated the conviction and directed a new trial of the defendant. No opinion. Concur — Markewich, J. P., Kupferman, Lupiano, Steuer and Capozzoli, JJ.